UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NASHVILLE TEXAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-1210-G |
| CITY OF BURLESON, TEXAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  Accordingly, defendant Rovin, Inc.'s motion for attorney fees (docket entry 62), and defendant Paradigms for Success, Inc.'s motion for attorney fees (docket entry 63), both filed October 7, 2011, are **DENIED**.

**SO ORDERED**.

June 26, 2012.

_____
A. JOE FISH
**Senior United States District Judge**